UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CR-00071-D1

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| | ) |
| V. | ) |
| | ) |
| | ) |
| DON EUGENE NIXON, JR. | ) |

ORDER

THIS CAUSE came on to be heard and was heard upon the Motion to Excuse. The Court is of the opinion this Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Motion to Excuse is GRANTED.

Dated: July 6, 2022

_____
Robert T. Numbers, II
United States Magistrate Judge